**Maria Del Socorro MEDINA DE CARDENAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–70605.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 17, 2012.

Carlos Ramirez, Esquire, Law Office of Noemi G. Ramirez, APLC, Los Angeles, CA, for Petitioner.

Lisa Damiano, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Maria Del Socorro Medina De Cardenas, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We re-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

view for abuse of discretion the denial of a motion to reopen, *Garcia v. Holder*, 621 F.3d 906, 912 (9th Cir.2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Medina De Cardenas' motion to reopen on the ground that the new evidence of hardship she submitted was not likely to change the outcome of her case. *See Shin v. Mukasey*, 547 F.3d 1019, 1025 (9th Cir.2008).

**PETITION FOR REVIEW DENIED.**